

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-14-00237-CR

David A. **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-07-11311-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Appellant David A. Ramirez is advised he has the right to review the appellate record to assist him in preparing a pro se brief in response to the *Anders* brief filed by court-appointed counsel. If appellant desires to exercise this right, he must file a written request for access to the record with this court by July 18, 2014. The request must reference this appeal (Appeal No. 04-14-00236-CR) and be mailed to:

> Fourth Court of Appeals
> 300 Dolorosa, Suite 3200
> San Antonio, Texas 78232

If Ramirez timely requests access to the record, the deadline to file appellant's pro se brief will be reset.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court